[No. 27314-1-I. Division One. April 6, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM JOE BARNES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-1-04736-1, George T. Mattson, J., entered April 19, 1990. *Affirmed* by unpublished opinion per Agid, J., concurred in by Pekelis and Forrest, JJ.

[No. 24813-8-I. Division One. April 6, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. PHILLIP LARA LOPEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-8-03467-2, Mary Wicks Brucker, J., entered August 4, 1989. *Reversed* by unpublished opinion per Forrest, J., concurred in by Pekelis and Agid, JJ.

[No. 29138-6-I. Division One. April 6, 1992.]

HERBERT E. WIELAND, *Appellant*, v. GEORGE NORTHCROFT, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 89-2-06208-0, Paula Casey, J., entered June 12, 1991. *Affirmed* by unpublished opinion per Agid, J., concurred in by Webster, A.C.J., and Kennedy, J.

[No. 29454-7-I. Division One. April 6, 1992.]

THE CITY OF SEATTLE, *Respondent*, v. DAVID SANDHOLM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-00971-2, Jim Bates, J., entered September 3, 1991. *Reversed* by unpublished per curiam opinion. Now published at 65 Wn. App. 747.